IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                          2:20-cr-3 (2)
                             Chief Judge Marbley

Billy Ray Lewis

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 26) that the defendant's guilty pleas be accepted. The Court accepts the defendant's pleas of guilty to Counts 1 and 2 of the Information, and he is hereby adjudged guilty on this count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: March 9, 2020                    s\Algenon L. Marbley
                                       Algenon L. Marbley
                                       Chief United States District Judge